# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DENNIS OTT,

      Plaintiff,    Case No. 2:11-cv-01779-KJD-PAL

vs.             **ORDER**

WORLDMARK, THE CLUB, et al.,

      Defendants.

The court conducted a status and scheduling hearing on March 12, 2012. Molly Pitluck appeared on behalf of the Plaintiff, and Kevin Smith appeared on behalf of the Defendants.

Counsel for the parties advised the court that they had agreed to a private mediation of this case, and had selected the Honorable Stewart Bell (Ret.) to conduct the mediation. The mediation is scheduled for April 5, 2012. If the parties are not able to resolve this matter through mediation, both sides agree the deadlines established in the court's discovery plan and scheduling order will need adjustment. Accordingly,

**IT IS ORDERED** that:

1. Counsel shall have until **April 16, 2012**, to file a joint status report to indicate whether the matter has been resolved by mediation, and if so, when the parties expect to file the stipulation for dismissal with prejudice.

2. If the parties have been unable to resolve this matter through mediation, the parties shall have until **April 16, 2012**, to submit a proposed discovery plan and scheduling order

///
///
///

which identifies with specificity all the discovery that remains, and the parties' proposed schedule for completing discovery, filing dispositive motions, and filing the joint pretrial order.

Dated this 13th day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge